JENNER & BLOCK LLP
Aaron A. Barlow
Jonathan Hill
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
David Eiseman  (Bar No. 114758)
Rachel H. Smith (Bar No. 222075)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff
Advanced Software, Inc.

DLA PIPER RUDNICK GRAY CARY US LLP
Mark Fowler (Bar No. 124235)
Andrew P. Valentine (Bar No. 162094)
Timothy W. Lohse (Bar No. 177230)
2000 University Avenue
East Palo Alto, California 94303-2248
Telephone: (650) 833-2065
Facsimile: (650) 833-2001

Attorneys for Defendant
Interwoven, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADVANCED SOFTWARE, INC., ) | CASE NO. C 04-03223 CW |
| ) | |
| Plaintiff, ) | **STIPULATED DISMISSAL AND ORDER** |
| ) | |
| v. ) | Date:   September 28, 2005 |
| ) | Judge: The Honorable Claudia Wilken |
| INTERWOVEN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| AND RELATED COUNTERCLAIMS ) | |

**STIPULATED DISMISSAL AND [PROPOSED]
ORDER**
(Case No. C 04-03223 CW )

EM\7194047.1
349940-23

Plaintiff Advanced Software, Inc. ("Advanced") and defendant Interwoven, Inc. ("Interwoven"), having resolved and settled their differences and having agreed to dismissal of this action in a manner which will ensure that the issues raised herein will not be litigated again in the future, hereby stipulate as follows:

1. Advanced's claims against Interwoven and defenses to Interwoven's counterclaims are dismissed with prejudice.

2. Interwoven's defenses and counterclaims against Advanced are dismissed with prejudice.

3. Each party shall bear its own costs and attorney's fees in this action.

4. The provisions of the protective order entered in this action shall remain in force pursuant to its terms.

The electronic filer attests that individuals, whose names appear below, have signed this document. See General Order 45, Section X.

Dated: September 28, 2005      JENNER & BLOCK LLP

QUINN EMANUEL URQUHART OLIVER
       & HEDGES, LLP

By /s/Aaron A. Barlow
    Aaron A. Barlow, Esq.
    Attorneys for Plaintiff, Advanced Software, Inc.


Dated: September 28, 2005      DLA PIPER RUDNICK GRAY CARY US LLP

By /s/Andrew P. Valentine
    Andrew P. Valentine
    Attorneys for Defendant, Interwoven, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __9/29/05_____          /s/ CLAUDIA WILKEN

                                         The Honorable Claudia Wilken
                                         United States District Court Judge

**STIPULATED DISMISSAL AND [PROPOSED]**
**ORDER**
(Case No. C 04-03223 CW )

- 2 -

EM\7194047.1
349940-23